UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HUBER UTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-1308-TAB-RLY |
| | ) | |
| JOSEPH TRENT DISHMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON APRIL 27, 2009, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel April 27, 2009, for a settlement conference. Settlement discussions were held, and this case is now settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 30 days.

Dated: 04/29/2009

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Ben T. Caughey
ICE MILLER LLP
ben.caughey@icemiller.com

Maria Matters
MARIA MATTERS AT LAW
mmatterslegal@aol.com

Jenny R. Wright
ICE MILLER LLP
jenny.wright@icemiller.com